SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

**FILED**

MAY 1 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED

MAY 17 2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ARIEL ARELLANO DIAZ,<br>a/k/a ANTONIO JUAN GOMEZ,<br><br>    Defendant. | No. 07-70225 PVT<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING PRELIMINARY<br>HEARING OR ARRAIGNMENT DATE<br>AND EXCLUDING TIME<br><br>SAN JOSE VENUE |

    The undersigned parties respectfully request that the preliminary hearing or arraignment in the above-referenced case be continued from May 18, 2007 at 1:30 p.m. to June 28, 2007 at 1:30 p.m. before the Honorable Judge Trumbull. The reason for the continuance is that Miguel Hernandez, who represents the defendant, needs additional time to investigate the case and consider a pre-indictment resolution that the government has offered him. In addition, the parties request an exclusion of time under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from May 18, 2007 to June 28, 2007. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of

STIPULATION AND [PROPOSED] ORDER
No. 07-70225 PVT      1

1  counsel.
2  SO STIPULATED:                              SCOTT N. SCHOOLS
                                               United States Attorney
3
4  DATED:_____                           _____/s/_____
                                               SUSAN KNIGHT
                                               Assistant United States Attorney
5
6  DATED:_____                           _____/s/_____
                                               MIGUEL A. HERNANDEZ
7                                              Counsel for the defendant
8
9      Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is
10 continued to June 28, 2007 at 9:30 a.m. before the Honorable Judge Trumbull. Good cause
11 is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure
12 and 18 U.S.C. § 3060.
13     For good cause shown, the Court FURTHER ORDERS that time be excluded under the
14 Speedy Trial Act from May 18, 2007 until June 28, 2007. The Court finds, based on the
15 aforementioned reasons, that the ends of justice served by granting the requested continuance
16 outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant
17 the requested continuance would deny defense counsel reasonable time necessary for effective
18 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
19 of justice. The Court therefore concludes that this exclusion of time should be made under 18
20 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
21 SO ORDERED.
22
23 DATED: 5/18/07                              _____
                                               HOWARD R. LLOYD
24                                             United States Magistrate Judge
25
26
27
28

STIPULATION AND [PROPOSED] ORDER              2
No. 07-70225 PVT