1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5056
7     FAX: (408) 535-5066
      Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13  UNITED STATES OF AMERICA,        )    No. 07-70225 PVT
                                     )
14        Plaintiff,                 )
                                     )
15        v.                         )    STIPULATION AND [PROPOSED]
                                     )    ORDER CONTINUING PRELIMINARY
16  ARIEL ARELLANO DIAZ,             )    HEARING OR ARRAIGNMENT DATE
    a/k/a ANTONIO JUAN GOMEZ,        )    AND EXCLUDING TIME
17                                   )
          Defendant.                 )
18                                   )    SAN JOSE VENUE
                                     )
19  _____ )

20

21        The undersigned parties respectfully request that the preliminary hearing or arraignment in

22  the above-referenced case be continued from June 28, 2007 to August 2, 2007 at 1:30 p.m. before

23  the Honorable Judge Lloyd. The reason for the continuance is that Miguel Hernandez, who

24  represents the defendant, needs additional time to investigate the case and consider a pre-

25  indictment resolution that the government has offered him. In addition, the parties request an

26  exclusion of time under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial

27  Act from June 28, 2007 to August 2, 2007. The parties agree and stipulate that an exclusion of

28  time is appropriate based on the defendant's need for effective preparation of counsel.

1  SO STIPULATED:                          SCOTT N. SCHOOLS
                                           United States Attorney
2

3  DATED:_____                      _____/s/_____
                                           SUSAN KNIGHT
4                                          Assistant United States Attorney

5
   DATED:_____                      _____/s/_____
6                                          MIGUEL A. HERNANDEZ
                                           Counsel for the defendant
7

8      Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is

9  continued to August 2, 2007 at 1:30 p.m. before the Honorable Judge Lloyd. Good cause

10 is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure

11 and 18 U.S.C. § 3060.

12     For good cause shown, the Court FURTHER ORDERS that time be excluded under the

13 Speedy Trial Act from June 28, 2007 to August 2, 2007. The Court finds, based on the

14 aforementioned reasons, that the ends of justice served by granting the requested continuance

15 outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant

16 the requested continuance would deny defense counsel reasonable time necessary for effective

17 preparation, taking into account the exercise of due diligence, and would result in a miscarriage

18 of justice. The Court therefore concludes that this exclusion of time should be made under 18

19 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

20 SO ORDERED.

21

22 DATED:  6/22/07                         _____
                                           PATRICIA V. TRUMBULL
23                                         United States Magistrate Judge

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
No. 07-70225 PVT                              2